UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE STRINGER,

        Plaintiff,                      Case No. 2:18-cv-14072
                                                    Hon. Laurie J. Michelson

v.

BEAUVE, ET AL,

        Defendants.
_____/

## ORDER SUMMARILY DISMISSING COMPLAINT [1]

Dewayne Stringer filed a pro se complaint on December 27, 2018. But he did not pay the required filing fee, nor did he submit an application to proceed in forma pauperis. So the Court issued an Order to Correct Deficiency on January 2, 2019, requiring Stringer to either pay the filing fee or submit a properly completed in forma pauperis application. The order provided that if Stringer did not submit the fee or IFP application by February 1, 2019, his case could be dismissed.

The time for submitting the filing fee or IFP application has elapsed and Stringer has failed to correct the deficiency. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

**IT IS SO ORDERED.**

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE

Date: March 26, 2019

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, March 26, 2019, using the Electronic Court Filing system and/or first-class U.S. mail.

                              s/William Barkholz
                              Case Manager